| | |
|---|---|
| DANIEL JOHNSON, JR. (SBN 57409) <br> MICHAEL J. LYONS (SBN 202284) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 2 Palo Alto Square <br> 3000 El Camino Real, Suite 700 <br> Palo Alto, CA 94306-2122 <br> Tel: 650.843.4000 <br> Fax: 650.843.4001 <br> E-mail: djjohnson@morganlewis.com <br> E-mail: mlyons@morganlewis.com <br><br> Attorneys for Defendant <br> FINISAR CORPORATION | THOMAS J. FRIEL, JR. (SBN 80065) <br> 101 California Street, 5th Floor <br> San Francisco, CA 94111-5800 <br> Tel.: 415.693.2000 <br> Fax: 415.693.2222 <br> E-mail: tfriel@cooley.com <br><br> MARK T. SMITH (SBN 260845) <br> Five Palo Alto Square <br> 3000 El Camino Real <br> Palo Alto, CA 94306 <br> Tel.: 650.843.5122 <br> Fax: 650.857.0663 <br> E-mail: msmith@cooley.com <br><br> SARAH J. GUSKE (SBN 232467) <br> WAYNE O. STACY (*pro hac vice*) <br> 380 Interlocken Crescent, Suite 900 <br> Broomfield, CO 80021-8023 <br> Tel.: 720.566.5000 <br> Fax: 720.566.4099 <br> E-mail: sguske@cooley.com <br> E-mail: wstacy@cooley.com <br><br> Attorneys for Plaintiffs <br> OPLINK COMMUNICATIONS, INC., and <br> OPTICAL COMMUNICATION <br> PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPLINK COMMUNICATIONS, INC., a Delaware corporation, OPTICAL COMMUNICATION PRODUCTS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> FINISAR CORPORATION, a Delaware corporation, <br><br> Defendants. | Case No. 11-CV-02361 EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MOTION TO DISMISS HEARING** |

***Whereas***, on June 6, 2011, this Court entered a Clerk's Notice to Continue the Motion to Dismiss Hearing to July 15, 2011;

*Whereas*, due to an upcoming month-long trial, Finisar's Counsel has requested, and Oplink has agreed, to stipulate to rescheduling the Motion to Dismiss Hearing to August 12, 2011 or a date hereafter that is convenient to the Court, and respectfully request that the Court permit the extension,

***It is hereby Stipulated and Ordered that:*** The date for the Motion to Dismiss Hearing shall be rescheduled to August 12, 2011.

***So Stipulated:***

Dated: July 8, 2011             MORGAN, LEWIS & BOCKIUS LLP


                                /s/ Michael J. Lyons
                                Michael J. Lyons (202284)

                                Attorneys for Defendant
                                FINISAR CORPORATION


Dated: July 8, 2011             COOLEY LLP


                                /s/ Sarah J. Guske
                                Sarah J. Guske (232467)

                                Attorneys for Plaintiffs
                                OPLINK COMMUNICATIONS, INC., AND
                                OPTICAL COMMUNICATION PRODUCTS, INC.

*Filer's Attestation re signatures: Michael J. Lyons hereby attests that concurrence in the filing of this document has been obtained.*

IT IS SO ORDERED:



Dated: July 11, 2011            _____
                                                          Judge

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MOTION TO DISMISS HEARING (CASE NO. 11-CV-02361 EMC)

DB2/ 22541489.1