COOLEY LLP
THOMAS J. FRIEL, JR. (State Bar No. 80065)
(tfriel@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

JAMES P. BROGAN (State Bar No. 155906)
(jbrogan@cooley.com)
SARAH J. GUSKE (State Bar No. 232467)
(sguske@cooley.com)
380 Interlocken Crescent, Suite 900
Broomfield, CO  80021-8023
Telephone:   (720) 566-4000
Facsimile:    (720) 566-4099

Attorneys for Plaintiffs
OPLINK COMMUNICATIONS, INC., and
OPTICAL COMMUNICATION PRODUCTS, INC.

Daniel Johnson, Jr. (State Bar No. 57409)
(djjohnson@morganlewis.com)
Michael J. Lyons (State Bar No. 202284)
(mlyons@morganlewis.com)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306-2122
Tel:  650.843.4000
Fax:  650.843.4001

Attorneys for Defendant
FINISAR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPLINK COMMUNICATIONS, INC., and OPTICAL COMMUNICATION PRODUCTS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FINISAR CORPORATION,<br><br>Defendant. | Case No. 11-cv-02361-EMC<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT PURSUANT TO AUGUST 12, 2011 ORDER**<br><br>ORDER RESETTING CMC |

Pursuant to the Court's August 12, 2011 Order during the initial Case Management Conference, Plaintiff Oplink Communications Inc. and Optical Communication Products, Inc. (collectively "Oplink" or "Plaintiff") and Defendant Finisar Corporation ("Finisar" or "Defendant") hereby submit the following Supplemental Joint Case Management Statement:

Since the August 12, 2011 Case Management Conference in this case and the August 5, 2011 Joint Case Management Statement (D.I. 19), the Eastern District of Texas Court for the *Optical Commc'n Prods., Inc. v. Finisar Corp. v. Optical Commc'n Prods., Inc. and Oplink Commcn's, Inc.*, No. 6:11-cv-104-LED) case has yet to rule on Oplink's motion to sever Finisar's infringement counterclaims and to transfer them to this Court.

A second case management conference for this case is scheduled for November 7, 2011 at 9:00 AM.

Dated: October 31, 2011            COOLEY LLP

                                   By: */s/ Sarah J. Guske*
                                        Sarah J. Guske

                                   Attorneys for Plaintiffs
                                   OPLINK COMMUNICATIONS INC. and OPTICAL COMMUNICATIONS PRODUCTS, INC.

Dated: October 31, 2011            MORGAN, LEWIS & BOCKIUS LLP

                                   By: */s/ Michael J. Lyons*
                                        Michael J. Lyons

                                   Attorneys for Defendant
                                   FINISAR CORPORATION

Pursuant to General Order No. 45, Section X(B) regarding signatures, I, Sarah J. Guske attest that the concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 31st day of October, 2011 at Broomfield, Colorado.

                                */s/ Sarah J. Guske*
                                Sarah J. Guske

IT IS HEREBY ORDERED that the CMC is reset from 11/7/11 to 12/16/11 at 9:00 a.m. A joint CMC statement shall be filed by 12/9/11.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen