| | |
|---|---|
| Daniel Johnson, Jr. (State Bar No. 57409)<br>Michael J. Lyons (State Bar No. 202284)<br>MORGAN, LEWIS & BOCKIUS LLP<br>2 Palo Alto Square<br>3000 El Camino Real, Suite 700<br>Palo Alto, CA 94306-2122<br>Tel: 650.843.4000<br>Fax: 650.843.4001<br>E-mail: djjohnson@morganlewis.com<br>E-mail: mlyons@morganlewis.com<br><br>Attorneys for Defendant<br>FINISAR CORPORATION | COOLEY LLP<br>THOMAS J. FRIEL, JR. (SBN 80065)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Tel.: 415.693.2000<br>Fax: 415.693.2222<br>E-mail: tfriel@cooley.com<br><br>JAMES P. BROGAN (SBN 155906)<br>SARAH J. GUSKE (SBN 232467)<br>380 Interlocken Crescent, Suite 900<br>Broomfield, CO 80021-8023<br>Tel.: 720.566.5000<br>Fax: 720.566.4099<br>E-mail: jbrogan@cooley.com<br>E-mail: sguske@cooley.com<br><br>Attorneys for Plaintiffs<br>OPLINK COMMUNICATIONS, INC., and<br>OPTICAL COMMUNICATION PRODUCTS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPLINK COMMUNICATIONS, INC., and OPTICAL COMMUNICATIONS PRODUCTS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FINISAR CORPORATION<br><br>    Defendant. | CASE NO. 3:11-cv-02361 EMC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

It is hereby stipulated between Plaintiffs OPLINK COMMUNICATIONS INC., OPTICAL COMMUNICATION PRODUCTS, INC., and Defendant FINISAR CORPORATION by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed with prejudice and that the parties shall bear their own costs and attorney's fees.

Dated: January 6, 2012    RESPECTFULLY SUBMITTED,

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Michael J. Lyons
　　Michael J. Lyons
　　Attorneys for Defendant
　　FINISAR CORPORATION

Dated: January 6, 2012    COOLEY LLP

By /s/ Sarah Guske
　　Sarah Guske
　　Attorneys for Plaintiffs
　　OPLINK COMMUNICATIONS INC.,
　　OPTICAL COMMUNICATION
　　PRODUCTS, INC.,

**FILER'S ATTESTATION**

I, Michael J. Lyons, am the ECF user whose identification and password are being used to file this Stipulation of Dismissal and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that Sarah Guske concurs in this filing.

Dated: January 6, 2012

By /s/ Michael J. Lyons
　　Michael J. Lyons

　　Attorney for Defendant
　　FINISAR CORPORATION

1 **ORDER**

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

3 That the Stipulation of Dismissal and [Proposed] Order is adopted by the Court. The
4 above-captioned action is dismissed with prejudice, and the parties shall bear their own costs and
5 attorneys' fees.

6 The Clerk shall close the file.

8 Dated: \_\_\_\_\_1/11\_\_\_\_\_, 2012

9 _____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*